```
                FILED      ENTERED
                LODGED     RECEIVED

                MAY 25 2007   LK

                  AT SEATTLE
            CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC., )
  Plaintiff, ) No. C07-0807JCC
v. )
  ) NOTICE OF APPEARANCE
KASPERSKY LAB, INC. )
  Defendant. )

07-CV-00807-NTC

TO: Clerk of the Court

AND TO: Kelly P. Corr and Steven W. Fogg, Corr Cronin Michelson Baumgardner & Preece LLP, Attorneys for Plaintiff

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE THAT the defendant above makes and enters its appearance in the above-entitled action by the undersigned attorney, and requests that all future papers or pleadings in this cause, except original process, be served upon said attorney at the address stated below.

DATED this 25th day of May, 2007.

Davis Wright Tremaine LLP
Attorney for Kaspersky Lab, Inc..

By _____
Bruce E.H. Johnson WSBA # 7667

NOTICE OF APPEARANCE - 1

SEA 2027506v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699