THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC.,

            Plaintiff,

v.

KASPERSKY LAB, INC.,

           Defendant.

No. C07-0807 JCC

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Plaintiff Zango, Inc. herein.

I hereby certify that on May 29, 2007, at 9:45 a.m., I arranged for same day legal messenger service of the following pleadings (because this file was not yet scanned into the Court's CM/ECF system):

    1.    Plaintiff Zango's Motion for Temporary Restraining Order;

    2.    Declaration of Richard Purcell

    3.    Declaration of Gregg Berretta;

    4.    Declaration of Steve Fogg; and

    5.    Proposed Temporary Restraining Order;

CERTIFICATE OF SERVICE – 1
No. C07-0807 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  on the following persons:

2     Bruce E.H. Johnson
   Davis Wright Tremaine LLP
3     2600 Century Square
   1501 Fourth Avenue
4     Seattle, WA  98101

5

6     I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

7     DATED this 29th day of May, 2007, at Seattle, Washington.

8

9

10                          _____
                        Joyce Abraham

11

12

13

14

15

16

17

18

19  542 00003 he291301

20

21

22

23

24

25

CERTIFICATE OF SERVICE – 2
No. C07-0807 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900