FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 25 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC.,

    Plaintiff,

v.

KASPERSKY LAB, INC.

    Defendant.

No. C07-0807JCC

VERIFICATION OF STATE COURT RECORDS

07-CV-00807-MISC

    I hereby certify, pursuant to Local Rule CR 101 of this Court, that the copies of pleadings and the papers from the King County Superior Court action that I have attached as Exhibit A to the Notice of Removal filed with the Clerk of this Court are true and correct copies of all the pleadings and other papers filed in the state court action.

//
//
//
//

    DATED this 25th day of May, 2007.

VERIFICATION OF STATE COURT RECORDS — 1
SEA 2027439v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Davis Wright Tremaine LLP
Attorneys for Kaspersky Lab, Inc.

By /s/ *signature*
Bruce E.H. Johnson, WSBA #7667
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 628-3979
Fax: (206) 628-7799
E-mail: brucejohnson@dwt.com

VERIFICATION OF STATE COURT RECORDS — 2

SEA 2027439v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699