```
                    ___ FILED      ___ ENTERED
                    ___ LODGED     ___ RECEIVED

                              MAY 25 2007      LK

                                 AT SEATTLE
                         CLERK U.S. DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
                                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC. <br><br> Plaintiff, <br><br> v. <br><br> KASPERSKY LAB, INC. <br><br> Defendant. | No. **C07-0807**JCC <br><br> CERTIFICATE OF FILING <br><br> 07-CV-00807-CERT |

I hereby certify that I am counsel for Defendant Kaspersky Lab, Inc., and that on May 25, 2007, I filed with the Superior Court of the State of Washington in and for King County, the court from which this action was removed, a copy of the Notice of Filing Notice of Removal with a copy of the Notice of Removal attached.

CERTIFICATE OF FILING — 1
(C05-0796)

SEA 2027071v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

DATED this 25th day of May, 2007.

        Davis Wright Tremaine LLP
        Attorneys for Kaspersky Lab, Inc

        By _____
        Bruce E.H. Johnson, WSBA #7667
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101-1688
        Telephone: (206) 628-7683
        Fax: (206) 628-7799
        E-mail: brucejohnson@dwt.com

CERTIFICATE OF FILING — 2
(C05-0796)

SEA 2027071v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax (206) 628-7699