```
                 ___ FILED      ___ ENTERED
                 ___ LODGED     ___ RECEIVED

                     MAY 25 2007       LK

                        AT SEATTLE
                  CLERK U.S. DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                                      DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KASPERSKY LAB, INC. <br><br> Defendant. | No. C07-0807JCC <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this 25th day of May, 2007, I caused to be served true and correct copies of the following documents by hand delivery on the below attorneys at their address as listed: NOTICE OF APPEARANCE, NOTICE OF FILING NOTICE OF REMOVAL, NOTICE OF REMOVAL, VERIFICATION OF STATE COURT RECORDS, and CERTIFICATE OF FILING

on:

**Attorneys for Plaintiff**
Kelly P. Corr
Steven W. Fogg
Corr Cronin Michelson
Baumgardner & Preece
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051

07-CV-00807-CERT

_/s/ Sarah Duran_
Sarah Duran

CERTIFICATE OF SERVICE - (CV_____)
SEA 2028193v1 0014826-000004

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699