1

2

3

4

5

6

7

8

9
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE

10   ZANGO, INC.,

11                      Plaintiff,                   CASE NO. C07-0807-JCC

12          v.                                       MINUTE ORDER

13   KASPERSKY LAB INC.,

14                      Defendant.

15          The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17          The Court hereby ORDERS further briefing on Plaintiff's Motion for a Temporary Restraining

18   Order (Dkt. No. 4). Defendant's Response is due Monday, June 4, 2007 at 9:00 a.m., Plaintiff's Reply is

19   due by Monday, June 4, 2007 at 5:00 p.m. The Motion is hereby RENOTED for Monday, June 4, 2007.

20          DATED this 30th day of May, 2007.

21                                                   BRUCE RIFKIN, Clerk of Court

22

23                                                   By   _/s/ C. Ledesma_____
                                                              Deputy Clerk
24

25

26   MINUTE ORDER – 1