THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC., <br><br>  Plaintiff, <br><br> v. <br><br> KASPERSKY LAB, INC., <br><br>  Defendant. | No. C07-0807 JCC <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** <br><br> <u>Clerk's Action Required</u> |

TO:   CLERK OF THE COURT;

AND TO:   Kaspersky Lab, Inc., Defendant;

AND TO:   Bruce E.H. Johnson and the law firm of DAVIS WRIGHT TREMAINE, Attorneys for Defendant.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP hereby withdraws and GORDON TILDEN THOMAS & CORDELL LLP hereby substitutes as attorneys for Plaintiff Zango, Inc. in the above-entitled action. The address of Gordon Tilden Thomas & Cordell LLP is 1001 Fourth Avenue, Suite 4000, Seattle, Washington 98154-1007. The address of Corr

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 1
No. C07-0807 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Dockets.Justia.com

Cronin Michelson Baumgardner & Preece LLP is 1001 Fourth Avenue, Suite 3900, Seattle, Washington 98154-1051.

This withdrawal is effective this 30th day of May, 2007.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP


_____
Kelly P. Corr, WSBA No. 00555
Steven W. Fogg, WSBA No. 23528
Withdrawing Attorneys for
Plaintiff Zango, Inc.


GORDON TILDEN THOMAS & CORDELL LLP


_____
Jeffrey I. Tilden, WSBA No. 12219
Michael Rosenberger, WSBA No. 17730
jtilden@gordontilden.com
mrosenberger@gordontilden.com
Substituting Attorneys for Plaintiff Zango, Inc.

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 2
No. C07-0807 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Plaintiff Zango, Inc. herein.

I hereby certify that on May 30, 2007, I electronically filed the attached foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons:

> Bruce E.H. Johnson
> Davis Wright Tremaine
> 1501 Fourth Avenue
> Suite 2600
> Seattle, WA 98101

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of May, 2007, at Seattle, Washington.

_____
Donna Patterson

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 3
No. C07-0807 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900