# EXHIBIT A

**Curriculum Vitae of**
**Ray Everett-Church, Esq.**

*Professional Experience:*

| | | |
|---|---|---|
| 2004 – Current | Independent Consultant<br>PrivacyClue LLC, San Francisco, CA |
| 2006 – 2007 | Advisor, Privacy Officer & Counsel<br>AGLOCO.com, Los Altos, CA |
| 2005 – 2006 | Advisor, Counsel & VP for Privacy/Security<br>ReflexionID Inc., Santa Clara, CA |
| 2004 | Privacy Officer<br>TurnTide Inc., Conshohocken, PA |
| 2001 – 2004 | Chief Privacy Officer & Senior Vice President, Consulting<br>ePrivacy Group, Inc., Paoli, PA |
| 1999 – 2001 | Chief Privacy Officer & Vice President, Public Policy<br>AllAdvantage.com, Inc., Hayward, CA |
| 1998 – 1999 | Associate Attorney<br>Haley Bader & Potts P.L.C., Arlington, VA |
| 1994 – 1998 | Independent Technology and Policy Consultant<br>Washington, DC |
| 1992 – 1994 | Information Specialist<br>American Immigration Lawyers Association, Washington, DC |
| 1987 – 1992 | Freelance Political Campaign Consultant<br>Herndon, VA |

*Education:*

Juris Doctor, George Washington University Law School (1997)

B.A., International Studies, George Mason University (1992)

**Ray Everett-Church, Esq.**
**Curriculum Vitae**
Page 2 of 4

## *Board Memberships and Associations:*

| | |
|---|---|
| 2005 – Present | Member, Advisory Board, Ignite Venture Partners, Carefree, AZ |
| 2005 – Present | Member, Advisory Board, WeMeUs.com (social networking service), Palo Alto, CA |
| 2004 – Present | Member, Privacy Advisory Board, Spoke.com (social networking software), Palo Alto, CA |
| 2000 – Present | Member, National Advisory Council, George Washington University School of Engineering and Applied Science, Washington, DC |
| 1999 – Present | Board Member, Whitehat.com (Email marketing service bureau), Tempe, AZ |
| 1997 – Present | Counsel and Board Member, Coalition Against Unsolicited Commercial Email (www.cauce.org) |
| 1998 – Present | Member, Congressional Internet Caucus Advisory Committee |
| 2001 – 2004 | Member, Advisory Board, Privo.com (Children's privacy company), Springfield, VA |
| 2000 – 2003 | Member, Advisory Board, PrivacyRight.com (Enterprise privacy technology), San Mateo, CA |
| 1999 – 2001 | Founding Board Member, Privacy Officers Association, Philadelphia, PA |
| 1999 – 2000 | Co-Chair, Privacy Officers Council, Internet Advertising Bureau, New York, NY |
| 1998 – 1999 | Advisor, International Computer Security Association's ISP Security Consortium (ISPSec) |

## *Public Testimony:*

| | |
|---|---|
| 2007 | Montana State Legislature, Conference Committee on Online Tax Preparation |
| 2005 | Federal Trade Commission, CAN-SPAM Report to Congress Consultations |
| 2005 | Federal Trade Commission, Email Authentication Summit |
| 2004 | Federal Trade Commission, CAN-SPAM Act Rulemaking Consultations |
| 2004 | Federal Trade Commission, "Spyware" Public Workshop |

**Ray Everett-Church, Esq.**
**Curriculum Vitae**
Page 3 of 4

| | |
|---|---|
| 2002 | Federal Trade Commission, "Spam Forum" Public Workshop |
| 2000 | California State Legislature, Joint Committee on Privacy Legislation |
| 1999 | US House of Representatives, Subcommittee on Telecommunications, Trade and Consumer Protection |
| 1998 | US Senate, Subcommittee on Communications |
| 1997 | Federal Trade Commission, Public Workshop on Consumer Information Privacy |

### *Publications (past 10 years)*:

| | |
|---|---|
| 2004 – Current | Monthly Columnist on Privacy and Spam, eSecurityPlanet.com (JupiterMedia) |
| 2006 | *Privacy Law* and *Trademark Law*, in *The Handbook of Information Security* (Hossein Bidgoli, ed.) (Wiley Publishing, Inc.) |
| 2004 | *Fighting Spam for Dummies*, co-authored with John Levine and Margaret Levine Young (Wiley Publishing, Inc.) |
| 2003 | *Privacy Law* and *Trademark Law*, in *The Internet Encyclopedia* (Hossein Bidgoli, ed.) (Wiley Publishing, Inc.) |
| 2003 | *It's Not Called 'Can' Spam for Nothing*, News.com (December 16, 2003) |
| 2003 | *Trusted Email Open Standard*, co-authored with Vincent Schiavone, et. al., ePrivacy Group White Paper (May 2003) |
| 2002 | *Internet Privacy for Dummies*, co-authored with John Levine and Gregg Stebben (Wiley Publishing, Inc.) |
| 2002 | Foreword, *Net Crimes & Misdemeanors* by J.A. Hitchcock, (CyberAge Books) |
| 2000 – 2003 | E-Commerce section editor and contributor, *Privacy Officer Advisor* (newsletter of the Privacy Officers Association and International Association of Privacy Professionals) |
| 1999 | *Why Spam Is A Problem*, in *OnTheInternet* (Journal of the Internet Society) (May/June 1999) |

**Ray Everett-Church, Esq.**
**Curriculum Vitae**
Page 4 of 4

| | |
|---|---|
| 1999 | *Losing A Taste for Spam*, in *IP Magazine* (May 1999) |
| 1999 | *The Spam That Started It All*, in *Wired News* (April 13, 1999) |
| 1999 | *A Bite Out of Spam*, in *Legal Times* (April 12, 1999) |

### *Previous Expert Witness Engagements:*

| | |
|---|---|
| 2006 | *Asis Internet Services v. OptIn Global, Inc., et al.*, N.D. Cal. (consulting expert for Defendant Quicken Loans Inc. in spam litigation) |
| 2004 | *Beyond Systems, Inc. v. Nexpoint Technologies, Inc., et al.*, Montgomery County Circ. Ct., Md. (written testimony in spam litigation) |
| 2004 | *In re Gator Software Trademark and Copyright Litigation*, N.D. Ga. (written testimony and deposition for seven Plaintiffs in multidistrict litigation regarding "spyware" distribution and online advertising practices) |
| 2003 | *eHealthInsurance Services, Inc., v. InsWeb Corporation*, N.D. Cal. (consulting expert for Plaintiff) |
| 2001 | *In re Napster, Inc. Copyright Litigation*, N.D. Cal. (written testimony for Defendant Napster, Inc.) |
| 1999 | *Hartford House Ltd., d.b.a. Blue Mountain Arts v. Microsoft Corporation and WebTV Networks, Inc.*, N.D. Cal. (written testimony for Defendants) |