# EXHIBIT A

D

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Organization
(General Laws Chapter 156D; Section 2.02; 950 CMR 113.16)

### ARTICLE I
The exact name of the corporation is:

Kaspersky Lab, Inc.

### ARTICLE II
Unless the articles of organization otherwise provide, all corporations formed pursuant to G.L. C156D have the purpose of engaging in any lawful business. If you wish to specify more limited purposes, state them below.

### ARTICLE III
State the total number of shares and par value, * if any, of each class of stock that the corporation is authorized to issue. All corporations must authorize stock. If only one class or series is authorized, it is not necessary to specify any particular designation.

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
| | | Common | 275,000 | $.01 |
| | | | | |
| | | | | |

*General Laws, Chapter 156D eliminates the concept of par value, however, a corporation may specify par value in Article III. See section 6.21 and the comments relative thereto.

P.C.
MA003 - 09/27/2004 CT System Online

## ARTICLE IV

Prior to the issuance of shares of any class or series, the articles of organization must set forth the preferences, limitations and relative rights of that class or series. The articles may also limit the type or specify the minimum amount of consideration for which shares of any class or series may be issued. Please set forth the preferences, limitations and relative rights of each class or series and, if desired, the required type and minimum amount of consideration to be received.

N/A

## ARTICLE V

The restrictions, if any, imposed by the articles or organization upon the transfer of shares of any class or series of stock are:

N/A

## ARTICLE VI

Other Lawful Provisions; if there are no such provisions, this article may be left blank or state "None."

See attached Article VI Continuation Sheet.

*Note: The preceding six (6) articles are considered to be permanent and may ONLY be changed by filing appropriate Articles of Amendment*

## Article VI Continuation Sheet

1. <u>Authority of directors to create new classes and series of shares.</u> The board of directors, acting without the shareholders, may (a) reclassify any unissued shares of any authorized class or series into one or more existing or new classes or series, and (b) create one or more new classes or series of shares, specifying the number of shares to be included therein, the distinguishing designation thereof and the preferences, limitations and relative rights applicable thereto, provided that the board of directors may not approve an aggregate number of authorized shares of all classes and series which exceeds the total number of authorized shares specified in the Articles of Organization approved by the shareholders.

2. <u>Minimum number of directors.</u> The board of directors may consist of one or more individuals, notwithstanding the number of shareholders.

3. <u>Personal liability of directors to corporation.</u> No director shall have personal liability to the corporation for monetary damages for breach of his or her fiduciary duty as a director notwithstanding any provision of law imposing such liability, provided that this provision shall not eliminate or limit the liability of a director (a) for any breach of the director's duty of loyalty to the corporation or its shareholders, (b) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (c) for improper distributions under Section 6.40 of Chapter 156D of the General Laws of Massachusetts, or (d) for any transaction from which the director derived an improper personal benefit.

4. <u>Shareholder vote required to approve matters acted on by shareholders.</u> The affirmative vote of a majority of all the shares in a voting group eligible to vote on a matter shall be sufficient for the approval of the matter, notwithstanding any greater vote on the matter otherwise required by any provision of Chapter 156D of the General Laws of Massachusetts.

5. <u>Shareholder action without a meeting by less than unanimous consent.</u> Action required or permitted by Chapter 156D of the General Laws of Massachusetts to be taken at a shareholders' meeting may be taken without a meeting by shareholders having not less than the minimum number of votes necessary to take the action at a meeting at which all shareholders entitled to vote on the action are present and voting.

## ARTICLE VII
Unless otherwise provided in the articles of organization, the effective date of organization of the corporation is the date and time the articles were received for filing if the articles are not rejected within the time prescribed by law. If a later effective date is desired, specify such date, which may not be later than the 90th day after the articles are received for filing:

## ARTICLE VIII
The information contained in this article is not a permanent part of the articles of organization.

a. The street address of the initial registered office of the corporation in the commonwealth:

   25 Mall Road, Suite 300, Burlington, MA 01803

b. The name of its initial registered agent at its registered office:
   Stephen A. Orenberg

c. The names and addresses of the individuals who will serve as the initial directors, president, treasurer and secretary of the corporation:

|  | NAME | ADDRESS |
|---|---|---|
| President: | Stephen A. Orenberg | 25 Mall Road, Suite 300, Burlington, MA 01803 |
| Treasurer: | Stephen A. Orenberg | Same as above. |
| Secretary: | Stephen A. Orenberg | Same as above. |
| Director(s): | Stephen A. Orenberg | Same as above. |

d. The fiscal year end of the corporation: December 31

e. A brief description of the type of business in which the corporation intends to engage: Sale/marketing internet security software

f. The street address of the principal office of the corporation is:
   25 Mall Road, Suite 300, Burlington, MA 01803

g. The street address where the records of the corporation required to be kept in the commonwealth are located:

   25 Mall Road, Suite 300, Burlington, MA 01803 _____, which is
   (number, street, city or town, state, zip code)

[X] its principal office;
[ ] or an office of its transfer agent;
[ ] its secretary/assistant secretary;
[ ] or its registered agent.

Signed this 1st day of November, 2004 by the incorporators whose name and address are listed below:

Signature: *Stephen A. Orenberg*

Name: Stephen A. Orenberg

Address: 25 Mall Road, Suite 300, Burlington, MA 01803

MA001 - 09/27/2004 C T System Online

# COMMONWEALTH OF MASSACHUSETTS

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Organization
(General Laws, Chapter 156D)

I hereby certify that upon examination of these Articles of Organization, duly submitted to me, it appears that the provisions of the General Laws relative to the organization of corporations have been complied with, and I hereby approve said articles; and the filing fee in the amount of $_____ having been paid, said articles are deemed to have been filed with me this _____ day of _____ 20_____ at _____ a.m./p.m.
                                                                                                                   *time*

Effective date: _____
                        *(must be within 90 days of date submitted)*

_____
Examiner

_____
Name approval

_____
C

_____
M

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: $275.00 for up to 275,000 shares plus $100 for each additional 100,000 shares or any fraction thereof.

## TO BE FILLED IN BY CORPORATION
Contact Information:

Meghan R. LaRock, Morse, Barnes-Brown & Pendleton, P.C.

Reservoir Place, 1601 Trapelo Road

Waltham, MA 02451

Telephone: (781)622-5930

Email: mrl@mbbp.com

A copy of this filing will be available on-line at www.sec.state.ma.us/cor once the document is filed.

MA001 - 09/27/2004 C T System Online