Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC., ) No. C-07-0807-JCC
 )
    Plaintiff, ) **[Proposed] Order Denying**
 ) **Temporary Restraining Order**
  v. )
 )
KASPERSKY LAB, INC., )
 )
    Defendant. )
 )

This CAUSE came before the Court on May 29, 2007 on Plaintiff Zango's Motion for Temporary Restraining Order.

Having reviewed Plaintiff's Motion, Defendant's Opposition, and supporting papers, and having heard argument of counsel, IT IS HEREBY ORDERED that Plaintiff Zango, Inc.'s, Motion for a Temporary Restraining Order is DENIED.

IT IS SO ORDERED.

DATED this _____ day of June, 2007.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

[[**PROPOSED] ORDER DENYING TEMPORARY RESTRAINING Order**
(C-07-0807-JCC) — 1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Kaspersky Lab, Inc.
By:

/s/ Bruce E. H. Johnson
Bruce E. H. Johnson, WSBA # 7667
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 628-7683
Fax: (206) 628-7699
E-mail: brucejohnson@dwt.com

_____
Erik Paul Belt, Esq.
Lisa M. Fleming, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110
Tel:  (617) 443-9292
Fax:  (617) 443-0004
E-mail:  ebelt@bromsun.com

[[PROPOSED] ORDER DENYING TEMPORARY RESTRAINING Order
(C-07-0807-JCC) — 2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699