UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| ZANGO, INC. | Case Number: C07-0807 JCC |
|---|---|
| Plaintiff(s) | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| KASPERSKY LAB, INC. | |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Lisa M. Fleming hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of Kaspersky Lab, Inc.

The particular need for my appearance and participation is:

co-counsel

I, Lisa M. Fleming, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____     5-31-07
Signature of Applicant                Date

I have enclosed the required filing fee of $75.00

mpleted by the court): SEA 9722

07-CV-00807-PET

ORIGINAL

| Lisa M. Fleming |
|---|

APPLICANT'S NAME:

| Bromberg & Sunstein LLP |
|---|

APPLICANT'S FIRM:

| 125 Summer Street, Boston, Massachusetts 02110-1618 |
|---|

APPLICANT'S ADDRESS (Street Address Room/Suite)

| (617) 443-9292 |
|---|

PHONE NUMBER (Include area code)

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this __31st__ day of __May__, 20__07__.

_[signature]_
Signature of Local Counsel

| Bruce E. H. Johnson | 7667 |
|---|---|

LOCAL COUNSEL NAME                           WASHINGTON STATE BAR NUMBER

| Davis Wright Tremaine LLP |
|---|

LAW FIRM

| 1501 Fourth Avenue, #2600, Seattle, WA 98101 |
|---|

APPLICANT'S ADDRESS (Street Address Room/Suite)

| (206) 628-7683 |
|---|

PHONE NUMBER (include area code)

Effective June 11, 2007, we are in a new location as follows:

1201 3rd Avenue, Suite 2200
Seattle, WA  98101-3045
Phone number for Bruce Johnson: (206) 757-7069

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of ~~June 4~~, 20<u>07</u>.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _Mary Dutt_