FILED
LODGED ___ RECEIVED

JUN - 4 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON   DEPUTY

BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| ZANGO, INC. | Case Number: | C07-0807 JCC |

Plaintiff(s)

v

KASPERSKY LAB, INC.

Defendant(s)

APPLICATION FOR LEAVE
TO APPEAR
PRO HAC VICE

FILED
LODGED ___ ENTERED
RECEIVED

MAY 3 1 2007   08

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Pursuant to Local General Rule 2(d) of the United States District Court for
the Western District of Washington, Erik Paul Belt
hereby applies for permission to appear and participate as counsel in the
above entitled action on behalf of Kaspersky Lab, Inc.

The particular need for my appearance and participation is:

lead counsel

I, Erik Paul Belt , understand that I am
charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a
state bar association; and there are no pending disciplinary proceedings
against me.

I declare under penalty of perjury that the foregoing is true and correct.

Signature of Applicant          Date   May 31, 2007

**I have enclosed the required filing fee of $75.00**

Receipt number (to be completed by the court): _____ SEA 9723

GINAL

07-CV-00807-ORD

Erik Paul Belt

APPLICANT'S NAME:

Bromberg & Sunstein LLP

APPLICANT'S FIRM:

125 Summer Street, Boston, Massachusetts 02110-1618

APPLICANT'S ADDRESS (Street Address Room/Suite)

(617) 443-9292

PHONE NUMBER (include area code)


## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this __31st__ day of __May__, 20__07__.

_____
Signature of Local Counsel

 Bruce E. H. Johnson                          7667
LOCAL COUNSEL NAME                 WASHINGTON STATE BAR NUMBER

 Davis Wright Tremaine LLP

LAW FIRM

 1501 Fourth Avenue, #2600, Seattle, WA  98101

APPLICANT'S ADDRESS (Street Address Room/Suite)

 (206) 628-7683

PHONE NUMBER (include area code)

Effective June 11, 2007, we are in a new location as follows:

1201 3rd Avenue, Suite 2200
Seattle, WA  98101-3045
Phone number for Bruce Johnson: (206) 757-7069

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of ~~June 4~~ , 20 07 .

BRUCE      RIFKIN,      CLERK
UNITED STATES DISTRICT COURT

BY:    _Mary Snell_