|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| ZANGO, INC.,<br>　　　　　　　Plaintiff,<br>　v.<br>KASPERSKY LAB, INC.<br>　　　　　　　Defendant. | No. C-07-0807 JCC<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE THAT as of June 11, 2007, the address for Davis Wright Tremaine LLP, counsel herein for Defendant, will change.

FORMER ADDRESS:

2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Main Phone: (206) 622-3150
Fax: (206) 628-7699
Email addresses will not change.

NEW ADDRESS:

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Main Phone: (206) 622-3150
Main Fax: (206) 757-7700

DATED this 8th day of June, 2007.

Davis Wright Tremaine LLP
Attorney for Kaspersky Lab, Inc..

By /s/ Bruce E. H. Johnson
　　Bruce E.H. Johnson WSBA # 7667
　　Ambika Doran, WSBA # 38237
　2600 Century Square, 1501 Fourth Avenue
　Seattle, WA 98101-1688
　Phone: (206) 622-3150 / Fax: (206) 628-7699
　E-mail: brucejohnson@dwt.com

NOTICE OF CHANGE OF ADDRESS (C07-0807 JCC) — 1

SEA 2034910v1 0084171-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Kelly P. Corr
Steven W. Fogg
Corr Cronin Michelson
Baumbardner & Preece
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051

/s/  Bruce E. H. Johnson
Bruce E. H. Johnson

NOTICE OF CHANGE OF ADDRESS (C07-0807 JCC) — 2
SEA 2034910v1 0084171-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699