agreements or relationships with them. As I stated in my previous declaration, these OEM's buy directly from Kaspersky Moscow or, perhaps, from other Kaspersky Moscow authorized distributors. Another kind of OEM is a software developer or hardware manufacturer that wants to integrate the functionality of Kaspersky security software into its own product, such as a "firewall" appliance. To do so, this kind of OEM licenses a software development kit directly from Kaspersky Moscow, which allows the OEM to integrate the functionality (e.g., anti-virus protection) into the given product. Again, Kaspersky USA does not deal with these OEMs, does not sell software to these OEMs, and has no agreements or other relationships with such OEMs.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 11, 2007.

By /s/ *Angelo Gentile*
Angelo Gentile
Chief Financial Officer
Kaspersky Lab, Inc.

03267/00501 683788.1

SUPPLEMENTAL DECLARATION OF
ANGELO GENTILE
(C-07-0807-JCC) — 4

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699