1

2    The Honorable John C. Coughenour

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
8                          AT SEATTLE

9    ZANGO INC.,                        )
                                        )
10              Plaintiff,              )    No. C-07-0807-JCC
                                        )
11        v.                            )    [PROPOSED]
                                        )    ORDER GRANTING
12   KASPERSKY LAB, INC.,               )    KASPERSKY LAB, INC'S,
                                        )    MOTION TO DISMISS OR,
13              Defendant.              )    ALTERNATIVELY, FOR
                                        )    SUMMARY JUDGMENT
14   _____)

15

16        THIS MATTER comes before the Court on defendant's motion to dismiss or,

17   alternatively, for summary judgment.  Upon consideration of the motion papers and the

18   arguments of counsel, the Court finds that the motion should be granted.  Now, therefore, it is

19   hereby

20        ORDERED that all of plaintiff's claims asserted against defendant are dismissed with

21   prejudice.

22        DATED this _____ day of June, 2007.

23

24                                   _____
                                     UNITED STATES DISTRICT JUDGE

25

26

27

PROPOSED ORDER GRANTING  KASPERSKY LAB, INC'S
MOTION TO DISMISS — 1 (C-07-0807-JCC)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Suite 2200
Seattle, Washington  98101-1688
(206) 757-8069 · Fax: (206) 757-7069

SEA 2037321v1 0084171-000001

1

2

Presented by:

Davis Wright Tremaine LLP
Attorney for Defendant

3

4

5

By /s/ *Bruce E.H. Johnson*

   Bruce E. H. Johnson, WSBA # 7667
   DAVIS WRIGHT TREMAINE LLP
   1201 Third Ave., Suite 2200
   Seattle, WA 98101-1688
   Telephone: (206) 757-8069
   Fax: (206) 757-7069
   E-mail: brucejohnson@dwt.com

6

7

8

9

10

   Erik Paul Belt
   Lisa M. Fleming
   BROMBERG & SUNSTEIN LLP
   125 Summer Street
   Boston, MA 02110
   Tel:  (617) 443-9292
   Fax:  (617) 443-0004
   E-mail:  ebelt@bromsun.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROPOSED ORDER GRANTING  KASPERSKY LAB, INC'S
MOTION TO DISMISS — 2 (C-07-0807-JCC)

SEA 2037321v1 0084171-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Suite 2200
Seattle, Washington  98101-1688
(206) 757-8069 · Fax: (206) 757-7069