1  PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY

2  THAT THE FOREGOING IS TRUE AND CORRECT.

4  Executed on June 1, 2007.

By /s/ *Shane Coursen*
Shane Coursen
Senior Technical Consultant
Kaspersky Lab, Inc.

03267/00501 677938.1

DECLARATION OF SHANE COURSEN IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION FOR TRO
(C-07-0807-JCC) — 10

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699