The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC. | No. C-07-0807-JCC |
| Plaintiff, | SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS |
| v. | |
| KASPERSKY LAB, INC. | |
| Defendant. | |

I hereby certify, pursuant to Local Rule CR 101(b) of this Court, that additional records were filed in the King County Superior Court action and that the undersigned hereby provides these additional records, and the copies being filed herein with the Clerk of this Court are true and correct copies of all the pleadings and other papers filed in the state court action.

//

//

//

//

DATED this 14 day of June, 2007.

SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS — 1

SEA 2036595v1 0084171-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Dockets.Justia.com

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

Davis Wright Tremaine LLP  
Attorneys for Kaspersky Lab, Inc.

By /s/ *Bruce E.H. Johnson*  
Bruce E. H. Johnson, WSBA # 7667  
DAVIS WRIGHT TREMAINE LLP  
1201 Third Avenue, Suite 2200.  
Seattle, WA 98101  
Telephone: (206) 757-8069  
Fax: (206) 757-7079  
E-mail: brucejohnson@dwt.com

SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS — 2

SEA 2036595v1 0084171-000001

Davis Wright Tremaine LLP  
LAW OFFICES  
2600 Century Square · 1501 Fourth Avenue  
Seattle, Washington 98101-1688  
(206) 622-3150 · Fax: (206) 628-7699

CERTIFICATE OF SERVICE

I certify that on June 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Attorneys for Plaintiff**
Jeffrey I. Tilden, WSBA No. 12219
Michael Rosenberger, WSBA No. 17730
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1051
jtilden@gordontilden.com

/s/ *Bruce E.H. Johnson*
Bruce E.H. Johnson, WSBA No. 7667

SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS — 3

SEA 2036595v1 0084171-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699