EXP01

## EXP01

**NON-TRIAL COURT MINUTES**

SCOMIS CODE: MTHRG      COURT COMMISSIONER: Eric B. Watness
EXPARTE DEPARTMENT      COURTROOM CLERK: Robert J. Unchur
DATE: 5/25/07      FTRW325-2; START TIME: 3 : 02 : 29
PAGE 1 OF 1      STOP TIME: 3 : 15 : 28

KING COUNTY CAUSE NO: 07 · 2 · 16532 · 1 SEA/KNT

CASE CAPTION: IN RE ◊ ESTATE ◊ GUARDIANSHIP ◊ MARRIAGE ◊ CUSTODY
◊ PARENTAGE ◊ ADOPTION ◊ PETITION OF:
_ZANGO, INC. VS. KASPERSKY LAB, INC._

**Appearances:**

Petitioner/Plaintiff appearing ◊ pro se ◊ by ◊ with counsel: _KELLY D. CORR_
For _____
Respondent/Defendant appearing ◊ in default ◊ pro se ◊ by ◊ with counsel:
_AMBIKA DORAN_
Petitioner/Respondent/_____ Sworn and examined.
☼ Testimony perpetuated. ☼ Previously perpetuated. ☼ By declaration/interrogatories
**This cause comes on for hearing this day upon petition for:**
☐ Probate ☐Letters of Administration ☐Codicil(s) ☐Solvency/Non-intervention powers ☐Annexed
☐ Minor settlement ☐ Guardianship
☐ Unlawful detainer (evictions) ☐Default (and judgment) ☐Stay of writ of restitution
☐ Decree of dissolution ☐Legal separation ☐Invalidity (annulment) ☐Non-parental custody
☐ Parentage ☐ Modification of child support/parenting plan ☐ Adoption
☒ Temporary restraining order ☐ Name change ☐ Emancipation    _COURT RULES MATTER_
    BY PLTF.             _REMOVED TO FEDERAL_
                                           _COURT FOLLOWING FILING_
___ Petition(s)/motion(s) granted. Order(s) signed. ___ Denied. Order(s) signed/to be presented.
_OF NOTICE FOR REMOVAL BY DEFT. JURISDICTION RELINQUISHED. ORDER SIGNED_
___ Plaintiff is granted judgment (and writ of restitution)           _IN CHAMBERS_
___ Findings of Fact and Conclusions of Law/Decree ___ Qualified Domestic Relations Order (QDRO)
___ Judgment ___ Parenting Plan/Residential Schedule ___ Child Support Order are signed.

_____ appointed
☼ Personal Representative/Administrator(ix)    ☼ Guardian(s)    ☼ Trustee(s)
___ Bond set $ _____ (or in lieu of bond _____)
OTHER: _PRELIMINARY INJUNCTION_
_HEARING SET FOR 6/08/07 AT 9:00 A.M_
_BEFORE JUDGE KALLAS_
SEATTLE COURTHOUSE            SUB NUMBER:

Dockets.Justia.com