The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZANGO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KASPERSKY LAB, INC.,<br><br>    Defendant. | NO. 07-CV-0807 JCC<br><br>JURY DEMAND |

Pursuant to FRCP 38, plaintiff Zango, Inc. hereby requests a jury of 12 persons for the trial of this matter. The trial date has not been set.

DATED this 26 day of June, 2007.

**GORDON TILDEN THOMAS & CORDELL LLP**

*/s/ Michael Rosenberger*

Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: 206-467-6477
Facsimile: 206-467-6292
jtilden@gordontilden.com
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

JURY DEMAND- 1
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on June _26_, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Bruce EH Johnson
brucejohnson@dwt.com

Erik Paul Belt
ebelt@bromsun.com,

Lisa M Fleming
lfleming@bromsun.com

_/s/ Michael Rosenberger_
Michael Rosenberger/WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: 206-467-6477
Facsimile: 206-467-6292
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

JURY DEMAND- 2
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292