The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ZANGO, INC.,

    Plaintiff,

v.

KASPERSKY LAB, INC.,

    Defendant.

NO. 07-CV-0807 JCC

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

I, MICHAEL ROSENBERGER, state and declare as follows:

1. I am one of the attorneys representing plaintiff in this action. I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. Attached as Exhibit 1 to this declaration is a true and accurate copy of the Declaration of Derek Immekus filed in *Zango v. PC Tools*, also pending before this Court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF MICHAEL ROSENBERGER - 1
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this **29** day of June, 2007 at Seattle, Washington.

                                               /s/ Michael Rosenberger
                                               Michael Rosenberger

DECLARATION OF MICHAEL ROSENBERGER - 2
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

- J. Ronald Sim
  jrsim@stoel.com

- Maren R. Norton
  mnorton@stoel.com

- Conor F. Farley
  cfarley@hollandhart.com

- Tarek F.M. Saad
  tfsaad@hollandhart.com

_____
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: 206-467-6477
Facsimile: 206-467-6292
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

DECLARATION OF MICHAEL ROSENBERGER - 3
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292