# EXHIBIT 1

Dockets.Justia.



Page 5

# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4

amazon.com | Your Amazon.com | Software | See all 41 Product Categories | Your Account | Cart | Your Lists | Help

Browse Brands & Products | Top Sellers | New & Future Releases | Children's Software | Games | Electronics | Outlet

Search [Software ▼] [kaspersky] (GO) (Find Gifts) (A9 Web Search) (GO)

**Category**
< Any Category
  **Software**
   Business & Office (3)
   Networking (3)
   Utilities (5)
   Web Development (1)

**Seller**
 **Any Seller**
   XP Passport (2)
   The Nerds (2)
   NextGen Gamer (2)
   J&R Music and Computer World (2)
   Amazon.com (2)
   A1 (2)
   Target (1)
   Simply Order (1)
   RCS Experience (1)
   PyroTechMart (1)
   grassroots books (1)
   CompUSA (1)
   > See more...

**Listmania!**



Anti-Virus Software: A list by Firewall-Guy

▶ Create a Listmania! list

Search Listmania!
 

**So You'd Like to...**



Protect Your PC from Viruses, Spyware, Spam

**Software > "kaspersky"**

Related Searches: bitdefender, mcafee, norton.

Showing 5 Results                                         Sort by [R

1.    **Kaspersky Internet Security 6.0 (Windows 2000 NT / XP)**
    [NEWEST VERSION]

    Buy new: $~~70.95~~ **$59.99**    35 Used & new from $24.0
    Get it by **Monday, Jul 2**, if you order in the next **23 hours an**
    Eligible for **FREE** Super Saver Shipping.

    ☆☆☆☆☆

2.    **Kaspersky Anti-Virus 6.0 (Windows 2000 / 98 /**
    [NEWEST VERSION]

    Buy new: $~~59.95~~ **$49.99**    20 Used & new from $34.0
    Get it by **Monday, Jul 2**, if you order in the next **18 hours an**
    Eligible for **FREE** Super Saver Shipping.

    ☆☆☆☆☆

3.    **Kaspersky Anti-Virus Personal 5.0 (Windows 200 XP)**

    1 Used & new from $19.99

    ☆☆☆☆☆

4.  **System Mechanic 5 Professional [Old Version] (\ 2000 / 95 / 98 / Me / XP)**

    5 Used & new from $4.95

    ☆☆☆☆☆

5.  **Kaspersky Personal Security Suite (Windows 200 XP)**
    Currently unavailable
    ☆☆☆☆☆

Showing 5 Results                                         Sort by [R

Search Feedback
Were these results helpful to you?

or Hackers 2007: A guide
by Wheeler Dealer
"wheeler_dealer"

▸ Create a guide

**Search Guides**

 Yes  No

Search powered by A9



ADVERTISEMENT

INTRODUCING THE NEW 2008
**MERCURY MARINER**
THE PERFECT BALANCE OF FLAIR AND FUNCTION

DISCOVER MORE

MERCURY | NEW DOORS OPENED

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com [GO]

## Your Recent History
Learn more

**Recent Searches**

kaspersky in All Products

**Customers who bought items in your Recent History also bought:**


Kaspersky Anti-Virus 6.0 by Kaspersky Lab


Kaspersky Internet Security 6.0 by Kaspersky Lab


Norton AntiVirus 2007 by Symantec

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

# EXHIBIT 5

 Live Search | kaspersky | Sign in

**Web** | Images | News | Maps | Classifieds | More▾

kaspersky Page 1 of 999,810 results • Options • Advanced          Back to msn

**Kaspersky** - www.kasperskyusa.com  *(SPONSORED SITES)*
Download award-winning PC security
products from **Kaspersky**. $25 off!

**Kaspersky** Anti Virus - www.kaspersky.com
Get Award Winning Protection for your PC...!

**Kaspersky** Protection - www.kasperski.com
Complete Anti-Virus Protection & Internet
Security Products

### Kaspersky Lab: Antivirus software
Antivirus software for home or business. The world's fastest antivirus updates. ...
If you're looking for an antivirus application that's light and fast and consistently
wins detection ...
www.**kaspersky**.com · Cached page

> #### Home Computer Security Software - Kaspersky Lab
> Award-winning antivirus, antispyware, antihacker and antispam software for
> your personal or home ... **Kaspersky** Home Computer Security Software .
> New viruses appear daily, usually via email.
> www.**kaspersky**.com/homeuser · Cached page
> +Show more results from www.kaspersky.com

### Kaspersky Lab - Wikipedia, the free encyclopedia
**Kaspersky** Lab is a computer security company, co-founded by Eugene
**Kaspersky**, offering antivirus, anti-spyware, anti-spam and anti-intrusion
products. According to AV-Comparatives, **Kaspersky** Anti ...
en.wikipedia.org/wiki/**Kaspersky**_Lab · Cached page

### Kaspersky Review 2007
**Kaspersky** Standard Review 2007 - Top Anti-Virus Software Reviewed ...
**Kaspersky** also receives a perfect score on our review, passes nearly all of the
major virus tests ...
anti-virus-software-review.toptenreviews.com/**kaspersky**-review.html · Cached page

### Contact Kaspersky Lab - 2
**Kaspersky** Lab secure content management solutions are available for purchase
and download via the ... Contact **Kaspersky** Lab, USA . **Kaspersky** Lab, Inc.
500 Unicorn Park, 3rd Floor Woburn, Massachusetts ...
usa.**kaspersky**.com/about-us/contact-info.php · Cached page

### Download Kaspersky Anti-Virus 6.0.1.411 - filehippo.com
**Kaspersky** Lab has proven expertise in protecting against viruses, Internet
worms, email worms, Trojans and other malicious programs. Rapid response to
the newest threats Highest virus and spyware ...

www.filehippo.com/download_kaspersky_antivir/?1872 · 16/27/2007 · Cached page

### Kaspersky Lab: Antivirus software
Antivirus software for home or business. The world's fastest antivirus updates. ... **Kaspersky** Anti-Virus named one of the top products of 2006. **Kaspersky** Anti-Virus 6.0 has been declared ...
www.**kaspersky**.co.uk · Cached page

### Kaspersky Antivirus - Download
**Kaspersky** Anti-Virus - the winner of numerous comparative tests conducted by leading computer ... **Kaspersky** Antivirus Description: **Kaspersky** Anti-Virus is the winner of numerous comparative tests ...
www.canadiancontent.net/tech/download/**Kaspersky**_Antivirus.html · Cached page

### Kaspersky Anti-Virus 6.0 (builds 6.0.0.299 - 6.0.0.303)
**Kaspersky** Anti-Virus 6.0 combines reactive antivirus detection with the latest proactive technologies to provide your computer with solid and dependable protection against malicious programs.
support.**kaspersky**.com/kav6 · Cached page

### Kaspersky Anti Virus - Kaspersky Anti Virus Personal ...
**Kaspersky** Anti Virus Personal - Software Security Solutions offers **Kaspersky** anti virus software ... Recent News . JUNE 15, 2006. Eugene **Kaspersky**, head of anti-virus research at **Kaspersky** Labs ...
www.softwaresecuritysolutions.com/**kaspersky**.html · Cached page

Didn't find an answer? Ask a real person on Live QnA.

Prev | 1 | 2 | 3 | 4 | Next

**Learn more** about the new Live Search.

**Related searches:**
Kaspersky **Anti Virus**
Kaspersky **Download**
Kaspersky **Update**
Kaspersky **Lab**
Kaspersky **Vista**
Kaspersky **Crack**
Kaspersky **Review**
Kaspersky **Online Scan**

SPONSORED SITES

### Kaspersky AntiVirus
Instant Download Antivirus, detection rated 5 stars rated!
virus.kaspersky.com

### Top Rated Kaspersky
Get Top Rated Security Products - Download Award Winning **Kaspersky** Antivirus...
www.usa.kaspersky.com

### Kaspersky Lab eStore
Download award-winning anti-virus & anti-spyware software now!
usa.kaspersky.com

### Kaspersky.com Savings
Save Online with **Kaspersky** Anti-Virus and Internet Security Software.
www.webcoupons.info

### Kaspersky
Looking for **Kaspersky**? Find exactly what you want today.
www.ebay.com

See your message here...

© 2007 Microsoft   Trademarks  |  Privacy  |  Legal  |  For Site Owners  |  Help Central  |  Account  |  Feedback