The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZANGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KASPERSKY LAB, INC., <br><br> Defendant. | NO. 07-CV-0807 JCC <br><br> DECLARATION OF TOM ALLAN |

I, Tom Allan, declare as follows:

1. I am the Director of Finance for plaintiff Zango, Inc. My responsibilities as Director of Finance include, among other duties, revenue analysis and forecasting. I make this declaration based upon my personal knowledge.

2. The seven-day average number of Zango's U.S. customers has decreased by an excess of 143,000, based on a comparison of the seven-day average for the week of March 29, 2007 as compared to the week of June 17, 2007. I know of no market-based reason for this decline. Rather, I believe it to be attributable to the interference with our software applications by Kaspersky Labs, Inc., PC Tools and select other anti-spyware companies.

DECLARATION OF TOM ALLAN- 1
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

3.  I am aware that Derek Immekus has separately calculated that there are more than 53,000 Zango customers in the State of Washington. I believe that this substantial Washington presence has been harmed by Kaspersky to the same extent as Kaspersky harms Zango's customer base in other states. In light of the fact that Kaspersky admits 3% of its online sales are to Washington residents, and Zango's knowledge that Kaspersky is sold to Washington residents through other channels (Kaspersky's admitted sales through resellers, sales through Amazon.com, sales through retail outlets such as Fry's Electronics, etc.), I do not believe it possible that Kaspersky is not affecting any of Zango's 53,000 customers in Washington.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of June, 2007, at Seattle, Washington.

s/ Tom Allan

DECLARATION OF TOM ALLAN- 2
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Bruce EH Johnson
brucejohnson@dwt.com

Erik Paul Belt
ebelt@bromsun.com,

Lisa M Fleming
lfleming@bromsun.com

*/s/ Michael Rosenberger*
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: 206-467-6477
Facsimile: 206-467-6292
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

DECLARATION OF TOM ALLAN- 3
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292