The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZANGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KASPERSKY LAB, INC., <br><br> Defendant. | NO. 07-CV-0807 JCC <br><br> PRAECIPE |

TO:   THE CLERK OF THE COURT

Please substitute the Declaration of Michael Rosenberger in Support of Plaintiff's Opposition to Motion to Dismiss (Document No. 42) that was filed with the Court on July 2, 2007, with this corrected Declaration of Michael Rosenberger in Support of Plaintiff's Opposition to Motion to Dismiss filed herewith. In Document 42, a clerical error was made and the attachment to the declaration was inadvertently omitted.

PRAECIPE- 1
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this 3rd day of July, 2007.

          **GORDON TILDEN THOMAS & CORDELL** LLP

s/ Michael Rosenberger
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: 206-467-6477
Facsimile: 206-467-6292
jtilden@gordontilden.com
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

PRAECIPE- 2
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Bruce EH Johnson
brucejohnson@dwt.com

Erik Paul Belt
ebelt@bromsun.com,

Lisa M Fleming
lfleming@bromsun.com

                                            s/ Michael Rosenberger
                                            Michael Rosenberger, WSBA #17730
                                            1001 Fourth Avenue, Suite 4000
                                            Seattle, WA  98154-1007
                                            Telephone:  206-467-6477
                                            Facsimile:  206-467-6292
                                            mrosenberger@gordontilden.com
                                            Attorneys for Plaintiff Zango, Inc.

PRAECIPE- 3
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292