Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC., | No. C-07-0807-JCC |
| Plaintiff, | **DEFENDANT KASPERSKY LAB'S RESPONSE TO THE COURT'S MINUTE ORDER OF JULY 31, 2007** |
| v. | |
| KASPERSKY LAB, INC., | |
| Defendant. | **RENOTED ON MOTION CALENDAR: August 14, 2007** |

Erik Paul Belt (appearing *pro hac vice*)
Lisa M. Fleming (appearing *pro hac vice*)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel:  (617) 443-9292
Fax:  (617) 443-0004
E-mail:  ebelt@bromsun.com

Bruce E. H. Johnson, WSBA # 7667
Sarah Duran (WSBA #38954/W.D. WA Application Pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8069
Fax: (206) 757-7079
E-mail: brucejohnson@dwt.com

*Attorneys for Defendant Kaspersky Lab, Inc.*

DEFENDANT KASPERSKY'S RESPONSE TO
MINUTE ORDER OF JULY 31, 2007
(C-07-0807-JCC) -- 0

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

**INTRODUCTION**

In its Minute Order of July 31, 2007, the Court has requested that the parties brief the issue of whether the Kaspersky Internet security software communicates with a server via the Internet after the software has been downloaded and installed by Kaspersky's customers.

The answer is that once installed on an end user's computer, the Kaspersky Internet security software regularly reaches out to communicate with servers via the Internet, as often as every hour, to receive updates from Kaspersky Moscow's database of suspect code.

**THE KASPERSKY INTERNET SECURITY SOFTWARE COMMUNICATES WITH A SERVER VIA THE INTERNET**

After being downloaded and installed by Kaspersky's customers, the Kaspersky Internet security software products regularly reach out to communicate with online servers to receive updates from Kaspersky Moscow's database of suspect code. *See* Declaration of Stephen Orenberg at ¶ 3. Kaspersky Moscow maintains this database of suspect code on multiple online update servers worldwide. *Id.* at ¶¶ 4-5. After a customer installs the Kaspersky Internet security software, the software communicates via the Internet with the online update servers on a scheduled basis to update the software's version of the database of suspect code. *Id.* at ¶ 5. A customer may configure the Kaspersky Internet security software to communicate with the online update servers as often as once per hour. *Id.* Customers may also manually command their Kaspersky Internet security software to immediately communicate with the online update servers to update the software's database. *Id.* at ¶ 6.

Accordingly, in keeping with 47 U.S.C. § 230(f)(2), Kaspersky "provides or enables computer access by multiple users to a computer server" because Kaspersky customers regularly use their Kaspersky Internet security software to communicate with the online update servers via the Internet.

Kaspersky's update service is similar to a spam email blocking service provided by the defendant in *Pallorium, Inc. v. Jared*, No. G036124, 2007 WL 80955 (Cal. Ct. App. Jan 11,

DEFENDANT KASPERSKY'S RESPONSE TO
MINUTE ORDER OF JULY 31, 2007
(C-07-0807-JCC) -- 1

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

2007) (finding Communications Decency Act § 230(c)(2)(B) immunity).[1] In *Pallorium,* the defendant created an online data collection to block spam email, and third parties could download the defendant's online data and use it to block spam email themselves. *Id.* at 1. The court found that the defendant provided an "interactive computer service" that enabled computer access by multiple users to a computer server because third parties could interact with defendant's online data collection to determine what spam emails to block. *Id.* at 6.

Likewise, Kaspersky provides or enables computer access by multiple users to a computer server because customers use the Kaspersky Internet security software to regularly communicate with Kaspersky Moscow's online update servers via the Internet to download Kaspersky Moscow's database and identify unwanted internet content.

Regularly updating the Kaspersky Internet security software is important because new suspect code appears on the World Wide Web constantly.  For example, Zango's own practices still may still be causing problems for Internet users and may still violate the terms of Zango's settlement with the Federal Trade Commission. *See* Orenberg Decl. at ¶ 7.  Thus, Kaspersky and other anti-malware companies must be free to advise customers about the practices of Zango and similar companies so that customers can make informed choices about their computer privacy and security.

---

[1] *Pallorium* is designated as not citable precedent in California tribunals.  Given the scarcity of cases interpreting § 230(c)(2), however, and given its factual similarity to this case, Kaspersky USA respectfully requests that the Court consider *Pallorium* as instructive or illustrative, if not controlling.

DEFENDANT KASPERSKY'S RESPONSE TO
MINUTE ORDER OF JULY 31, 2007
(C-07-0807-JCC) -- 2

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

**CONCLUSION**

For these and the reasons stated in Kaspersky USA's previously filed motion papers, Kaspersky USA respectfully requests that the Court dismiss the complaint or enter summary judgment against Zango.

DATED August 7, 2007.                    DEFENDANT KASPERSKY LAB, INC.


By /s/ *Erik P. Belt*
    Erik Paul Belt (appearing *pro hac vice*)
    Lisa M. Fleming (appearing *pro hac vice*)
    BROMBERG & SUNSTEIN LLP
    125 Summer Street
    Boston, MA 02110
    Tel:  (617) 443-9292
    Fax:  (617) 443-0004
    E-mail:  ebelt@bromsun.com

    Bruce E. H. Johnson, WSBA # 7667
    Sarah Duran (WSBA #38954/W.D. WA Application Pending)
    DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 757-8069
    Fax: (206) 757-7079
    E-mail: brucejohnson@dwt.com

03267/00501  713844.1

DEFENDANT KASPERSKY'S RESPONSE TO
MINUTE ORDER OF JULY 31, 2007
(C-07-0807-JCC) -- 3

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

## CERTIFICATE OF SERVICE

I certify that on August 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Attorneys for Plaintiff**
Jeffrey I. Tilden, WSBA No. 12219 ( via email address: jtilden@gordontilden.com)
Michael Rosenberger, WSBA No. 17730
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1051

In addition, paper copies of the foregoing document will be mailed by United States Postal Service to non CM/ECF participants, if any.


/s/    *Bruce E. H. Johnson*_____
              Bruce E.H. Johnson, WSBA No. 7667

DEFENDANT KASPERSKY'S RESPONSE TO
MINUTE ORDER OF JULY 31, 2007
(C-07-0807-JCC) -- 4

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069