Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC., | No. C-07-0807-JCC |
| Plaintiff, | **DECLARATION OF STEPHEN ORENBERG SUPPORTING KASPERSKY LAB'S RESPONSE TO THE COURT'S MINUTE ORDER OF JULY 31, 2007** |
| v. | |
| KASPERSKY LAB, INC., | |
| Defendant. | |

I, Stephen Orenberg, declare as follows:

1. I am the President and sole owner of Kaspersky Lab, Inc., ("Kaspersky USA"). I founded the company in 2004. I have personal knowledge of the facts discussed below.

2. Kaspersky USA distributes (but does not develop or maintain) Internet security software developed by Kaspersky Lab ZAO, based in Moscow, Russian Federation ("Kaspersky Moscow"). The Kaspersky Internet security software products are known as "Kaspersky Internet Security," or "KIS" for short, and "Kaspersky Anti-Virus," or "KAV" for short (collectively, "Kaspersky Internet security software").

3. After being downloaded and installed by Kaspersky's customers, the Kaspersky Internet security software regularly reaches out to communicate with online

DECLARATION OF STEPHEN ORENBERG
(C-07-0807-JCC) — 1

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

servers to update the Kaspersky Internet security software's database of suspect code (*e.g.*, viruses, adware, spyware, and other malware).

4. Kaspersky Moscow maintains an online database of suspect code. Kaspersky Moscow virus analysts discover about 200-300 new instances of suspect code every day. Kaspersky Moscow updates its database of suspect code about once an hour to include new signature files to protect customers from suspect code. *See* Exhibit A, Kaspersky Antivirus Database Updates Web-Page.

5. Kaspersky Moscow maintains this database of suspect code on multiple online update servers worldwide. After a customer installs the Kaspersky Internet security software, the software connects to the Internet to communicate with the Kaspersky Moscow online update servers, according to a specified schedule, to update the software's version of the database of suspect code. A customer may configure the Kaspersky Internet security software to communicate with the online update servers via the Internet as often as once per hour.

6. Customers may configure their Kaspersky Internet security software to automatically communicate with the online update servers at regular intervals. Customers may also manually command their Kaspersky Internet security software to immediately communicate with the online update servers to update the software's database. *See* Exhibit B, Kaspersky Software User Guide Excerpts.

7. Regularly updating the Kaspersky Internet security software is important because new suspect code that may pose problems for Kaspersky customers is created constantly. For example, Zango's own practices still may be causing problems for Internet users and may still violate the terms of Zango's settlement with the Federal Trade Commission. *See* Exhibit C, *Zango Practices Violating Zango's Recent Settlement with the FTC*, by Benjamin Edelman. It is more important than ever that Kaspersky and other anti-malware companies be free to advise customers about the practices of Zango and similar

DECLARATION OF STEPHEN ORENBERG  
(C-07-0807-JCC) — 2

Davis Wright Tremaine LLP  
1201 Third Ave, Suite 2200  
Seattle, WA 98101  
Tel: (206) 757-8069

1 companies so that customers can make informed choices about their computer privacy and
2 security.
3      PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY
4 THAT THE FOREGOING IS TRUE AND CORRECT.
5      EXECUTED ON AUGUST 7, 2007.

                                         By /s/__Stephen Orenberg____
                                             Stephen Orenberg
                                             President
                                             Kaspersky Lab, Inc.

03267/00501 713840.1

DECLARATION OF STEPHEN ORENBERG
(C-07-0807-JCC) — 3

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069

## CERTIFICATE OF SERVICE

I certify that on August 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Attorneys for Plaintiff**
Jeffrey I. Tilden, WSBA No. 12219 ( via email address: jtilden@gordontilden.com)
Michael Rosenberger, WSBA No. 17730
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1051

In addition, paper copies of the foregoing document will be mailed by United States Postal Service to non CM/ECF participants, if any.

/s/     *Bruce E. H. Johnson*
Bruce E.H. Johnson, WSBA No. 7667

DECLARATION OF STEPHEN ORENBERG
(C-07-0807-JCC) — 4

Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200
Seattle, WA 98101
Tel: (206) 757-8069