KASPERSKY

| United States | | Search | | Free Virus Scan | Free Trials | Site Map |

| Products | eStore | Threats | **Downloads** | Services | Partners | About Us |

## Downloads

Trial Versions

Product Updates

Documentation

Beta Testing

**Antivirus Database Updates**

Virus Removal Tools

# Antivirus Database Updates

Home / Downloads / Antivirus Database Updates

The standard antivirus databases currently contain **347359** records.

The last update to the antivirus databases was released at **31 July 2007 at 18:28 (GMT +0400)**.

It is essential to update your antivirus databases on a regular basis. If you do not, your antivirus program will not detect the latest malicious programs. Therefore, we release updates every hour to ensure that users are protected against the latest malware.

In February 2005, we stopped issuing large cumulative updates. All antivirus database files can now be updated hourly; this means that we are able to rapidly update the files and users of our products can access these new files.

## Automatic updating

All users are strongly encouraged to use the integrated automatic download function.

This update module determines exactly which update files your solution needs. This reduces the amount of information you will need to download from our servers.

If you are unable to use the automatic update function, download databases in zip-archives and install them on your computer:

- 6.0 products
- 5.0 products
- Kaspersky Anti-Spam Personal 1.x

## Extended antivirus databases

The extended antivirus databases currently contain **370172** records.

Antivirus solutions from Kaspersky Lab not only detect malicious software, but other programs which are potentially harmful, such as:

- Adware
- Remote administration programs
- Utilities which can be used by malicious programs or users

Extended antivirus databases can detect these programs and more.

- more about extended antivirus databases



Copyright © 1997 - 2007 Kaspersky Lab
Industry-leading Antivirus Software
Site map | Privacy | Contact us | Send us a suspected virus

Dockets.Justia.com

6