Zango Inc v. Kaspersky Lab Inc                                                                                    Doc. 53
AO 450 (Rev. 5/85) Judgment in a Civil Case ❍
Case 2:07-cv-00807-JCC     Document 53     Filed 08/29/2007     Page 1 of 1

# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

ZANGO, INC.,

    Plaintiff,

    v.

KASPERSKY LAB, INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C07-0807-JCC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion for summary judgment is granted.

Dated this 29th day of August, 2007.

                                            BRUCE RIFKIN
                                            Clerk

                                            */s/ C. Ledesma*
                                            Deputy Clerk