1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ZANGO, INC.,

                    Plaintiff,

      v.

KASPERSKY LAB, INC.,

                 Defendant.

NOTICE OF CIVIL APPEAL

NO.  07-CV-0807 JCC

The Honorable John C. Coughenour

Notice is hereby given that plaintiff Zango, Inc. hereby appeals to the United States Court

of Appeals for the Ninth Circuit from the Judgment filed on August 29, 2007, and the Order

granting defendant's motion for summary judgment filed on August 28, 2007.

      DATED this _____ day of September, 2007.

                                Jeffrey I. Tilden, WSBA #12219
                                Michael Rosenberger, WSBA #17730
                                GORDON TILDEN THOMAS & CORDELL LLP
                                1001 Fourth Avenue, Suite 4000
                                Seattle, WA  98154-1007
                                Telephone:  206-467-6477
                                Facsimile:  206-467-6292
                                jtilden@gordontilden.com
                                mrosenberger@gordontilden.com
                                Attorneys for Plaintiff Zango, Inc.

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.

**REPRESENTATION STATEMENT**

The parties to the Judgment and Order appealed from and the names and addresses of

their respective attorneys are as follows:

Bruce E.H. Johnson, WSBA #7667
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:    206-757-8069
Facsimile:    206-757-7079
E-Mail:         brucejohnson@dwt.com
Counsel for Defendant Kaspersky Lab, Inc.


Erik Paul Belt (appearing *pro hac vice*)
Lisa M. Fleming (appearing *pro hac vice*)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Telephone:    617-443-9292
Facsimile:    617-443-0004
E-mail:         ebelt@bromsun.com
                    lfleming@bromsun.com
Counsel for Defendant Kaspersky Lab, Inc.


Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  206-467-6477
Facsimile:  206-467-6292
E-mail:         jtilden@gordontilden.com
                    mrosenberger@gordontilden.com
Counsel for Plaintiff Zango, Inc.

NOTICE OF APPEAL- 2
No. 07-CV-0807

**CERTIFICATE OF SERVICE**

I hereby certify that on September _21_ , 2007, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following persons:

Bruce EH Johnson
brucejohnson@dwt.com

Erik Paul Belt
ebelt@bromsun.com,

Lisa M Fleming
lfleming@bromsun.com

Michael Rosenberger, WSBA #17730
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  206-467-6477
Facsimile:   206-467-6292
mrosenberger@gordontilden.com
Attorneys for Plaintiff Zango, Inc.

NOTICE OF APPEAL- 3
No. 07-CV-0807

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292