**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST.
SEATTLE, WASHINGTON 98101

September 25, 2007

Cathy Catterson, Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

RE:   Civil Appeal
      <u>Zango, Inc. vs. Kaspersky Lab, Inc.</u>, CV07-807JCC

Under cover of this letter please find:

✔   Notice of Appeal

✔   Docket Fee Payment Notification

✔   Copy of Docket Entries

✔   Certificate of Record

✔   Copy of Order(s) on Appeal

✔   Civil Appeals Docketing Statement forwarded to Mediator's Office in Seattle

✔   Copy of this cover letter (CCA only).  Please date stamp and return with CCA docket number.

BRUCE RIFKIN, Clerk of Court


By      s/Shelly Andrew
         Appeals Clerk

cc:   All counsel of record [FRAP 3(d)]
      Enclosure(s)

Dockets.Justia.com