APPEAL, CLOSED, JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00807-JCC
# Internal Use Only

| | |
|---|---|
| Zango Inc v. Kaspersky Lab Inc | Date Filed: 05/25/2007 |
| Assigned to: John C Coughenour | Date Terminated: 08/29/2007 |
| Case in other court: King County Superior Court, 07-00002-16532-1 SEA | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Zango Inc**	represented by	**Jeffrey I Tilden**
GORDON TILDEN THOMAS &
CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Email: jtilden@gordontilden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly P Corr**
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4TH AVE
STE 3900
SEATTLE, WA 98154-1051
206-625-8600
Email: Kcorr@corrcronin.com
*TERMINATED: 05/30/2007*
*LEAD ATTORNEY*

**Michael Rosenberger**
GORDON TILDEN THOMAS &
CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Fax: 206-467-6292
Email: mrosenberger@gordontilden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Steven W Fogg**
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4TH AVE
STE 3900
SEATTLE, WA 98154-1051
206-274-8669
Email: sfogg@corrcronin.com
*TERMINATED: 05/30/2007*
*LEAD ATTORNEY*

V.

**Defendant**

**Kaspersky Lab Inc**      represented by  **Bruce EH Johnson**
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE
SUITE 2200
SEATTLE, WA 98101-3045
206-757-8069
Fax: FAX 757-7069
Email: brucejohnson@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Paul Belt**
BROMBERG & SUNSTEIN LLP
125 SUMMER STREET
BOSTON, MA 02110-1618
617-443-9292
Email: ebelt@bromsun.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M Fleming**
BROMBERG & SUNSTEIN LLP
125 SUMMER STREET
BOSTON, MA 02110-1618
617-443-9292
Email: lfleming@bromsun.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2007 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 07-2-16532-1 SEA; (Receipt #: SEA9648), filed by Kaspersky Lab Inc. (Attachments: # 1 Civil Cover Sheet)(DJ) (Entered: 05/29/2007) |

| | | |
|---|---|---|
| 05/25/2007 | 2 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Kaspersky Lab Inc. (DJ) (Entered: 05/29/2007) |
| 05/25/2007 | 3 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Kaspersky Lab Inc. (DJ) (Entered: 05/29/2007) |
| 05/25/2007 | 6 | NOTICE OF APPEARANCE by attorney Bruce EH Johnson on behalf of Defendant Kaspersky Lab Inc. (DJ) (Entered: 05/29/2007) |
| 05/25/2007 | 10 | VERIFICATION OF STATE COURT RECORDS re 3 Notice-Other Exhibit A by Defendant Kaspersky Lab Inc. (DJ) (Entered: 05/29/2007) |
| 05/25/2007 | 11 | CERTIFICATE OF FILING re 2 Notice-Other, 1 Notice of Removal by Defendant Kaspersky Lab Inc. (DJ) (Entered: 05/29/2007) |
| 05/25/2007 | 12 | CERTIFICATE OF SERVICE by Defendant Kaspersky Lab Inc re 2 Notice-Other, 10 Verification of State Court, 11 Certificate-Other, 6 Notice of Appearance, 1 Notice of Removal. (DJ) (Entered: 05/29/2007) |
| 05/29/2007 | 4 | MOTION for Temporary Restraining Order by Plaintiff Zango Inc. Oral Argument Requested. (Attachments: # 1 Proposed Order Zango, Inc.'s Proposed Temporary Restraining Order)Noting Date 5/29/2007.(Fogg, Steven) (Entered: 05/29/2007) |
| 05/29/2007 | 5 | DECLARATION of Gregg Berretta filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Fogg, Steven) (Entered: 05/29/2007) |
| 05/29/2007 | 7 | DECLARATION of Richard Purcell filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Fogg, Steven) (Entered: 05/29/2007) |
| 05/29/2007 | 8 | DECLARATION of Steve Fogg filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Fogg, Steven) (Entered: 05/29/2007) |
| 05/29/2007 | 9 | DECLARATION of Service filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Fogg, Steven) (Entered: 05/29/2007) |
| 05/30/2007 | 13 | This Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge. The Court RE-NOTES for June 4, 2007 4 Pltf's MOTION for Temporary Restraining Order. Response ddl June 4, 2007 at 9:00am, reply ddl June 4, 2007 at 5:00pm.(CL, ) (Entered: 05/30/2007) |
| 05/30/2007 | 14 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL on behalf of Plaintiff Zango Inc. Kelly P Corr is substituted as counsel for Plaintiff. Attorney Kelly P Corr and Steven W Fogg terminated. (Corr, Kelly) (Entered: 05/30/2007) |
| 06/04/2007 | 15 | DECLARATION of Coursen filed by Defendant Kaspersky Lab Inc re 4 MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit A# 2 Exhibit B)(Johnson, Bruce) (Entered: 06/04/2007) |
| 06/04/2007 | 16 | DECLARATION of Everett-Church filed by Defendant Kaspersky Lab Inc re 4 MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit A)(Johnson, Bruce) (Entered: 06/04/2007) |
| 06/04/2007 | 17 | RESPONSE, by Defendant Kaspersky Lab Inc, to 4 MOTION for Temporary Restraining Order. (Johnson, Bruce) (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 18 | DECLARATION of Angelo Gentile filed by Defendant Kaspersky Lab Inc re 4 MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit A# 2 Exhibit B)(Johnson, Bruce) (Entered: 06/04/2007) |
| 06/04/2007 | 19 | PROPOSED ORDER (Unsigned) re 17 Response to Motion (Johnson, Bruce) (Entered: 06/04/2007) |
| 06/04/2007 | 20 | ERRATA re 17 Response to Motion *for TRO (Corrected Version)* by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/04/2007) |
| 06/04/2007 | 21 | APPLICATION by Defendant Kaspersky Lab Inc AND ORDER admitting Lisa M Fleming for Kaspersky Lab Inc pro hac vice. Receipt # SEA 9722. (MD, ) (Entered: 06/04/2007) |
| 06/04/2007 | 22 | APPLICATION by Defendant Kaspersky Lab Inc AND ORDER admitting Erik Paul Belt for Kaspersky Lab Inc pro hac vice. Receipt # SEA 9723. (MD, ) (Entered: 06/04/2007) |
| 06/04/2007 | 23 | DECLARATION of Michael Rosenberger filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Rosenberger, Michael) (Entered: 06/04/2007) |
| 06/04/2007 | 24 | REPLY, filed by Plaintiff Zango Inc, TO RESPONSE to 4 MOTION for Temporary Restraining Order (Rosenberger, Michael) (Entered: 06/04/2007) |
| 06/04/2007 | 25 | Second DECLARATION of Gregg Berretta filed by Plaintiff Zango Inc re 4 MOTION for Temporary Restraining Order (Rosenberger, Michael) (Entered: 06/04/2007) |
| 06/06/2007 | 26 | ORDER denying 4 Motion for TRO by Judge John C. Coughenour. (KC) (Entered: 06/06/2007) |
| 06/08/2007 | 27 | NOTICE of Change of Address of Attorney Bruce EH Johnson. Filed by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/08/2007) |
| 06/12/2007 | 28 | MOTION to Dismiss by Defendant Kaspersky Lab Inc. (Attachments: # 1 Appendix # 2 Exhibit Supplemental Declaration of Gentile# 3 Supplement Signature page for Declaration# 4 Proposed Order)Noting Date 7/6/2007.(Johnson, Bruce) (Entered: 06/12/2007) |
| 06/14/2007 | 29 | PRAECIPE re 15 Declaration *of Shane Coursen (Executed Signature Page)* by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 30 | PRAECIPE re 16 Declaration *of Everett-Church (Executed Signature Page)* by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 31 | PRAECIPE re 18 Declaration *of Angelo Gentile (Executed Signature Page)* by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 32 | SUPPLEMENT re 1 Notice of Removal *Verification of State Court Records* by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 33 | EXHIBIT *1 (Zango TRO in King County Superior Court)* re 32 Supplement by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |

| | | |
|---|---|---|
| 06/14/2007 | 34 | EXHIBIT *2 (Purcell Declaration in King County Superior Court* re 32 Supplement by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 35 | EXHIBIT *3 (Non-Trial Court Minutes in King County Superior Court)* re 32 Supplement by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 36 | EXHIBIT *4 (Fogg Declaration in King County Superior Court)* re 32 Supplement by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/14/2007 | 37 | EXHIBIT *5 (Berretta Declaration in King County Superior Court)* re 32 Supplement by Defendant Kaspersky Lab Inc. (Johnson, Bruce) (Entered: 06/14/2007) |
| 06/21/2007 | 38 | MINUTE ENTRY setting status conference:<br><br>The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case, **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc., **3.** The status of discovery and a time schedule for its completion, **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule, **5.** An estimate of the number of days needed for trial, **6.** Whether the case is jury or non-jury, **7.** The date by which the case will be ready for trial, and **8.** Settlement probabilities. Counsel for all parties are required to appear at the conference. If counsel office is outside of Seattle, arrangements can be made for telephonic participation in the conference. If counsel wish to make such arrangements, they should contact Julie Mahnke, Deputy Clerk at 206-370-8805. COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED CONFERENCE. Status Conference set for 9/11/2007 at 09:00 AM before John C Coughenour. (JM, ) (Entered: 06/21/2007) |
| 06/21/2007 | 39 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge John C Coughenour. (JM, ) (Entered: 06/21/2007) |
| 06/26/2007 | 40 | DEMAND for JURY TRIAL by Plaintiff Zango Inc. (Rosenberger, Michael) (Entered: 06/26/2007) |
| 07/02/2007 | 41 | RESPONSE, by Plaintiff Zango Inc, to 28 MOTION to Dismiss. (Rosenberger, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 42 | DECLARATION of Michael Rosenberger In Support of Plaintiff's Opposition to Motion to Dismiss filed by Plaintiff Zango Inc re 28 MOTION to Dismiss (Rosenberger, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 43 | DECLARATION of Gregg Berretta in Opposition to Defendant's Motion to Dismiss filed by Plaintiff Zango Inc re 28 MOTION to Dismiss (Attachments: # 1 Exhibit)(Rosenberger, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 44 | DECLARATION of Tom Allan filed by Plaintiff Zango Inc re 28 MOTION to Dismiss (Rosenberger, Michael) (Entered: 07/02/2007) |

| | | |
|---|---|---|
| 07/03/2007 | 45 | PRAECIPE to attach document *Declaration of Michael Rosenberger in Support of Plaintiff's Opposition to Motion to Dismiss* re 42 Declaration by Plaintiff Zango Inc. (Attachments: # 1)(Rosenberger, Michael) (Entered: 07/03/2007) |
| 07/06/2007 | 46 | REPLY, filed by Defendant Kaspersky Lab Inc, TO RESPONSE to 28 MOTION to Dismiss (Johnson, Bruce) (Entered: 07/06/2007) |
| 07/06/2007 | 47 | DECLARATION of Stephen Orenberg filed by Defendant Kaspersky Lab Inc re 28 MOTION to Dismiss (Attachments: # 1 Exhibit A)(Johnson, Bruce) (Entered: 07/06/2007) |
| 07/31/2007 | 48 | Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge. The Court RE-NOTES 28 Dft's MOTION to Dismiss for 8/14/2007. (CL, ) (Entered: 07/31/2007) |
| 08/07/2007 | 49 | MEMORANDUM filed by Defendant Kaspersky Lab Inc re 28 MOTION to Dismiss *in Response to Minute Order filed July 31, 2007* (Johnson, Bruce) (Entered: 08/07/2007) |
| 08/07/2007 | 50 | DECLARATION of Stephen Orenberg in Response to the Court's July 31, 2007 Minute Order filed by Defendant Kaspersky Lab Inc re 28 MOTION to Dismiss (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Johnson, Bruce) (Entered: 08/07/2007) |
| 08/14/2007 | 51 | RESPONSE, by Plaintiff Zango Inc, to 28 MOTION to Dismiss. (Rosenberger, Michael) (Entered: 08/14/2007) |
| 08/28/2007 | 52 | ORDER by Judge John C Coughenour. The Court DENIES Dft's motion to dismiss for lack of personal jurisdiction Dkt. No. 28, Defendants motion for summary judgment Dkt. No. 28is hereby GRANTED.(CL, ) (Entered: 08/29/2007) |
| 08/29/2007 | 53 | JUDGMENT IN A CIVIL CASE/DECISON BY COURT. It is Ordered: Defendant's Motion for Summary Judgment is GRANTED. (CL, ) (Entered: 08/29/2007) |
| 09/21/2007 | 54 | NOTICE OF APPEAL as to 52 Order on Motion to Dismiss, 53 Judgment by Court by Plaintiff Zango Inc. Filing Fee $455, Receipt number 1246835. (Attachments: # 1 Civil Appeals Docketing Statement)(Rosenberger, Michael) (Entered: 09/21/2007) |
| 09/21/2007 |  | Appeal Fees received: fee in the amount of $ 455.00 (receipt # SEA 1246835) re 54 Notice of Appeal filed by Zango Inc (SA) (Entered: 09/25/2007) |
| 09/25/2007 | 55 | CERTIFICATE OF RECORD Transmitted to USCA re 54 Notice of Appeal (SA) (Entered: 09/25/2007) |