UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

U.S. Court of Appeals Docket Number: 07-35800
Lower Court Docket Number: CV-07-00807-JCC

ZANGO INC

       Plaintiff - Appellant

v.

KASPERSKY LAB INC

       Defendant - Appellee



T I M E   S C H E D U L E   O R D E R

The parties shall meet the following time schedule:

| | |
|---|---|
| -> Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and Circuit Rule 32-1; | 11/7/07 |
| -> The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and Circuit Rule 32-1; | 12/7/07 |
| -> The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and Circuit Rule 32-1. | |

FAILURE OF THE APPELLANT TO COMPLY WITH THE TIME SCHEDULE ORDER WILL
RESULT IN AUTOMATIC DISMISSAL OF THE APPEAL. CIRCUIT RULE 42-1.



07-CV-00807-ORD

APPELLANTS/PETITIONERS WITHOUT REPRESENTATION OF COUNSEL IN A PRISONER APPEAL MAY HAVE THEIR CASE SUBMITTED ON THE BRIEFS AND RECORD WITHOUT ORAL ARGUMENT, PURSUANT TO FRAP 34(a).  WITHIN
10 DAYS OF THE FILING OF THE APPELLANT'S OPENING BRIEF, PARTIES MAY FILE A STATEMENT SETTING FORTH THE REASONS WHY, IN THE OPINION OF THE PARTIES, ORAL ARGUMENT SHOULD BE HEARD.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Kathy Morris
Deputy Clerk

```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED
```

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

SEP 28 2007    LK

BRUCE RIFKIN
CLERK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON 98101

September 25, 2007

Cathy Catterson, Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

7-35800

RE:   Civil Appeal
      Zango, Inc. vs. Kaspersky Lab, Inc., CV07-807JCC

**RECEIVED**

SEP 26 2007

U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
Seattle Divisional Office

Under cover of this letter please find:

☑    Notice of Appeal

☑    Docket Fee Payment Notification

☑    Copy of Docket Entries

☑    Certificate of Record

☑    Copy of Order(s) on Appeal

☑    Civil Appeals Docketing Statement forwarded to Mediator's Office in Seattle

☑    Copy of this cover letter (CCA only). Please date stamp and return with CCA docket number.

BRUCE RIFKIN, Clerk of Court

By  s/Shelly Andrew
    Appeals Clerk

cc:   All counsel of record [FRAP 3(d)]
      Enclosure(s)